# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1717

_____

United States of America

*Plaintiff - Appellee*

v.

Loyse Dozier

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: April 18, 2025
Filed: July 3, 2025
[Unpublished]

_____

Before SMITH, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Loyse Dozier pleaded guilty to a carjacking resulting in death, 18 U.S.C. § 2119 and 2119(3), attempted carjacking, 18 U.S.C. § 2119 and 2119(2), being a felon in possession of a firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8), and possession of fentanyl with intent to distribute, 21 U.S.C. § 841(a)(1) and 841(b)(1)(C). The parties jointly recommended a 384-month term of imprisonment,

which was within Dozier's applicable guideline range of 324 to 405 months. The district court[1] varied up and sentenced Dozier to 480 months. Dozier challenges the substantive reasonableness of his sentence, which we review for an abuse of discretion. See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc).

Dozier argues that the district court abused its discretion by failing to give adequate weight to his mental health issues, his family history of incarceration, and his upbringing where he witnessed his father abuse his mother from a young age. See id. (district court abuses its discretion when it commits a clear error of judgment in weighing the § 3553(a) sentencing factors). But the district court heavily weighed the "incredibly serious" nature of Dozier's crimes, where he killed "a woman who had five children" to take her car and shot another woman three times *after* she had handed over the keys in what the district court described as a "cold-blooded, cool, reflective attempt[] to kill someone." That the district court weighed the severity of Dozier's crimes more heavily than his mitigating factors does not constitute a clear error of judgment. See United States v. Ross, 29 F.4th 1003, 1009 (8th Cir. 2022).

Affirmed.

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.